UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| SEED RESEARCH EQUIPMENT SOLUTIONS, LLC | § § § | |
| Plaintiff | § § § | Civil Action No. 05-1378-JTM |
| v. | § § | JURY TRIAL DEMANDED |
| GARY W. CLEM, INC., d/b/a ALMACO | § § § | |
| Defendant | § | |

### ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff, Seed Research Equipment Solutions, LLC ("SRES") files this Original Complaint against Defendant, Gary W. Clem, Inc., d/b/a Almaco, and for its cause of action alleges as follows:

### THE PARTIES

1. SRES is a Kansas limited liability company organized and existing under the laws of the State of Kansas, with its principal place of business at 408 North Poplar, South Hutchinson, KS 67505.

2. Upon information and belief, Gary W. Clem, Inc., d/b/a Almaco ("Almaco"), is a corporation organized and existing under the laws of the State of Iowa, with a place of business at 99 M Avenue, Nevada, IA 50201, and is doing business in this judicial district and elsewhere. Almaco may be served with process by serving its registered agent, Gary W. Clem, at 99 M Avenue, Nevada, IA 50201.

## JURISDICTION AND VENUE

3. This action arises under the patent laws of the United States, Title 35 United States Code, particularly §§ 271 and 281. This Court has jurisdiction over the claims for patent infringement under 28 U.S.C. §1338(a). Venue is proper in this Court under Title 28 United States Code §§ 1391(b) and (c) and 1400(b).

## THE PATENT

4. On November 30, 2001, Stacy L. Unruh, Jack D. Hefling and Edward A. Spexarth filed an application for a United States patent covering certain improvements to seed planter technology. Resulting from this application, U.S. Patent No. 6,615,754 B2 ("the '754 patent") was duly and legally issued on September 9, 2003, for a "Vacuum Seed Planter for Test Plots and Method of Use." A copy of the '754 patent is attached as Exhibit A.

5. By assignment, SRES is the owner of the '754 patent and has the right to enforce the '754 patent and collect damages for all relevant times.

6. The '754 patent relates to methods and apparatuses which improve seed planters used in test plots.

7. Pursuant to 35 U.S.C § 282, the '754 patent is presumed valid.

## CLAIMS FOR PATENT INFRINGEMENT

8. Plaintiff realleges and incorporates by reference the allegations contained in paragraphs 1 through 7.

9. Almaco manufactures and sells seed planters under the brand name SeedPro. In manufacturing and selling these devices, Almaco is infringing directly, by inducement, or by contributing to the infringement of claims of the '754 patent, including but not limited to claims 20 and 21.

10. As a result of Defendant's infringing conduct, the Defendant has damaged SRES. Almaco is liable to SRES in an amount that adequately compensates SRES for Almaco's infringement, which, by law, can in no event be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C § 284.

10. As a consequence of the Almaco's infringement of the '754 patent, SRES has been irreparably damaged and such damage will continue without the issuance of an injunction by this Court under 35 U.S.C § 283.

## PRAYER FOR RELIEF

WHEREFORE, SRES prays for entry of judgment:

a. That at least claims 20 and 21 of U.S. Patent 6,615,754 B2 have been directly infringed by Almaco and by others whose infringement has been contributed to or induced by Almaco;

b. That a permanent injunction be issued enjoining Almaco and those in privity with Almaco from further infringement of the '754 patent until the date of its expiration;

c. That Almaco account for and pay to SRES all damages and costs caused by Almaco's activities complained of herein;

d. That SRES be granted pre-judgment and post-judgment interest on the damages caused by reason of Almaco's activities complained of herein;

    e.    That SRES be granted its attorneys' fees in this action;

    f.    That costs be awarded to SRES;

    g.    That SRES be granted such other and further relief that is just and proper under the circumstances.

Dated:  December 30, 2005                    Respectfully submitted,

                                s/ S. Eric Steinle  
                                S. Eric Steinle,  KS# 15106  
                                MARTINDELL SWEARER & SHAFFER LLP  
                                20 Compound Drive  
                                P.O. Box 1907  
                                Hutchinson, KS 67504-1907  
                                Telephone: (620) 662-3331  
                                Facsimile: (620) 662-9978  
                                Email:  ses@martindell-law.com

*Of Counsel:*

Edward W. Goldstein (Admission *Pro Hac Vice* to be requested)  
Christopher M. Faucett (Admission *Pro Hac Vice* to be requested)  
GOLDSTEIN & FAUCETT, LLP  
1177 West Loop South, Suite 400  
Houston, TX  77027  
Tel:  (713) 877-1515  
Fax:  (713) 877-1737

**ORIGINAL COMPLAINT**  
**FOR PATENT INFRINGEMENT**                                                                **PAGE - 4**

## DEMAND FOR JURY TRIAL

Pursuant to Fed.R.Civ.P. 38 and 39, Defendant hereby demands a trial by jury on all issues and claims triable to a jury.

                                            s/ S. Eric Steinle  
                                            S. Eric Steinle, KS# 15106  
                                            *Attorneys for Plaintiff*

## DESIGNATION OF PLACE OF TRIAL

Pursuant to D.Kan.Rule 40.2, Defendant hereby requests that the trial of this matter be held in Wichita, Kansas.

                                            s/ S. Eric Steinle  
                                            S. Eric Steinle, KS# 15106  
                                            *Attorneys for Plaintiff*