# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **SEED RESEARCH EQUIPMENT SOLUTIONS, LLC** | ) ) ) | |
| **Plaintiff,** | ) ) | Civil Action No. 05-1378-JTM |
| v. | ) ) ) | **JURY TRIAL DEMANDED** |
| **GARY W. CLEM, INC. d/b/a ALMACO,** | ) ) ) | |
| **Defendant.** | ) | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Seed Research Equipment Solutions, LLC ("SRES") submits this Notice of Dismissal Without Prejudice and states as follows:

1.  Defendant Gary W. Clem, Inc., d/b/a Almaco ("Almaco"), has not been served with process and has not filed or served an answer to SRES's Original Complaint for Patent Infringement.

2.  SRES does not wish to pursue the above referenced matter against Almaco and hereby dismisses the above referenced action without prejudice.

Dated: March 6, 2006                                               Respectfully Submitted,

/s/ S. Eric Steinle
S. Eric Steinle,       KS # 15106
Martindell Swearer & Shaffer, LLP
P.O. Box 1907
Hutchinson, KS 67504-1907
Telephone: (620) 662-3331
Facsimile: (620) 662-9978
Email: ses@martindell-law.com

NOTICE OF DISMISSAL WITHOUT PREJUDICE                                               PAGE - 1

*Of Counsel:*

Edward W. Goldstein
Christopher M. Faucett
GOLDSTEIN & FAUCETT, LLP
1177 West Loop South, Suite 400
Houston, TX  77027
Tel:  (713)  877-1515
Fax:  (713) 877-1737